**EPSTEIN DRANGEL LLP**

6 East 45th Street, 7th Floor, New York, NY 10017
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

The application to extend the answer deadline for CSM US is **GRANTED**. By **September 14, 2026**, CSM US shall answer or otherwise respond to the Complaint. The application to adjourn the initial pretrial conference is **GRANTED** in part. The conference scheduled for July 7, 2026, is **ADJOURNED** to **August 4, 2026, at 3:15 P.M.** The conference will be conducted at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, Courtroom 1106. By **July 28, 2026**, the parties shall file a joint status letter and proposed case management plan. Initial pretrial conferences are not generally adjourned pending the deadline to respond to the Complaint.

Dated: June 22, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

June 22, 2026

**VIA ECF**
Honorable Lorna G. Schofield
United States Courthouse
40 Foley Square, Courtroom 1106
New York, NY 10007

Re:   ***Informa Business Media LLC v. CloserStill Media Limited, et al.***
      **Civil Action No. 1:26-cv-04044-LGS**
      **Joint Letter Motion to Adjourn Initial Conference and Extend Time to Answer**

Dear Judge Schofield,

The parties to the above-referenced case, through their undersigned counsel, jointly write, pursuant to Your Honor's Individual Rule B(3), to request a thirty (30) day extension of Defendant CloserStill US LLC a/k/a CloserStill Media US LLC d/b/a Data Center Americas' ("CSM US") deadline to answer or otherwise move with respect to the Complaint, and an adjournment of the initial pretrial conference until after CSM US and Defendant CloserStill Media Limited's ("CSM") answers are due.

CSM US and CSM have both agreed to waive service, thereby making their respective deadlines to respond to the Complaint August 14, 2026, and September 14, 2026, respectively. *See Dkt. Nos. 13-14*. In order to conserve the time and resources of the parties and the Court, the parties respectfully request that the Court grant CSM US a thirty (30) day extension of its time to respond to the Complaint (i.e., from August 14, 2026 until September 14, 2026), such that CSM US and CSM will have a single, coordinated response deadline.

The parties further request an adjournment of the initial pretrial conference, and all deadlines associated therewith, from the currently scheduled date of July 7, 2026 at 3:15 PM (*see Dkt. No. 11*) until sometime after September 14, 2026 that suits the Court. The parties are currently discussing the prospect of an out-of-court resolution and both the extension and adjournment sought herein will facilitate such discussions by conserving resources.

This is the parties' first request for any extension or adjournment. No schedule has been entered in this case, and as such, no other deadlines will be impacted by the proposed extension and adjournment.

We thank the Court for its time and consideration.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: S/ *Kerry B. Brownlee*
Kerry B. Brownlee (KB 0823)
kbrownlee@ipcounselors.com
6 East 45th Street, 7th Floor
New York, NY 10017
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Informa Business Media LLC*

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**

BY: S/ *Patrick J. Rodgers*
Patrick J. Rodgers
Patrick.rodgers@finnegan.com
Douglas A. Rettew
Doug.rettew@finnegan.com
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: (202) 408-4374
Facsimile: (202) 304-4400
*Attorneys for Defendants*